**Appeal Dismissed and Memorandum Opinion filed July 2, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-00893-CV

---

## WILCREST PARK TOWNHOME OWNERS ASSOCIATION, Appellant

### V.

## MANUEL MONTOYA D/B/A MRS BUILDERS, Appellee

---

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2016-10568**

---

### MEMORANDUM OPINION

This is an appeal from a final judgment signed July 9, 2018. Appellant's brief was due May 2, 2019. No brief or motion for extension of time to file the brief was filed.

On May 16, 2019, the court ordered appellant to file a brief by June 14, 2019. We cautioned that if appellant failed to comply with our order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief or motion for extension of time to file the brief was filed.

Therefore, the appeal is **DISMISSED**.


PER CURIAM


Panel consists of Justices Christopher, Bourliot, and Zimmerer.